**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10    UNITED STATES OF AMERICA,                    No. CR 04-0220 WHA

11              Plaintiff,                          No. C 05-04255 WHA

12    v.

13    KEHINDE ADEBAYO ALAGBE,                       **ORDER TO SHOW CAUSE**

14              Defendant.
                                            /
15

16          Defendant has moved to have his sentence vacated, set aside or corrected on the grounds

17    that its imposition violated his right to effective assistance of counsel and to a jury trial.  The

18    motion and case files do not "conclusively show" that defendant is not entitled to relief.  *See*

19    28 U.S.C. 2255.  The United States attorney is **ORDERED TO SHOW CAUSE** within **SIXTY DAYS**

20    why the motion should not be granted, if that is his position, and to file then all portions of the

21    record previously transcribed and relevant to the motion.  The Clerk shall **SERVE** this order

22    upon defendant and the United States.  If the U.S. attorney opposes the motion, defendant shall

23    have 90 days from submission of the opposition to reply.

24          **IT IS SO ORDERED.**

25

26    Dated:  October 31, 2005.                     _____
                                                    WILLIAM ALSUP
27                                                  UNITED STATES DISTRICT JUDGE

28